# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| N. C., | 2:23-cv-01685-RFB-MDC |
| Plaintiff(s), | |
| vs. | **Order** |
| G6 Hospitality Property LLC, | |
| Defendant(s). | |

The deadline for the parties to file their proposed discovery plan/scheduling order was February 22, 2024, but the parties did not file one. See ECF No. 13.

Accordingly,

It is so ORDERED that that the parties shall meet and confer and file their proposed discovery plan/scheduling order in compliance with LR 26-1 by **May 21, 2024**.

Dated this 6th day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge